**FILED - MQ**
March 11, 2026 10:29 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC  SCANNED BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD CHARLES DARBYSHIRE,

Defendant.

_____/

**CLASS B MISDEMEANOR**
**INFORMATION**

The United States Attorney charges:

## COUNT 1
(Prohibited Use of Vehicle Off Road)

On or about September 12, 2025, in Ontonagon County, in the Western District of Michigan, Northern Division, Defendant,

EDWARD CHARLES DARBYSHIRE,

operated a vehicle within the National Forest System in violation of a state law established for vehicles off road, specifically, Michigan Compiled Law Section 324.81133(2).

36 C.F.R. 261.15(i)
Mich. Comp. Law § 324.81133(2)

## COUNT 2
(Intimidating a Forest Officer)

On or about October 1, 2025, in Ontonagon County, in the Western District of Michigan, Northern Division, and elsewhere, Defendant,

EDWARD CHARLES DARBYSHIRE,

intimidated a Forest officer, specifically Officer GV, while engaged in and on account of the Forest officer's performance of his official duties for the protection, improvement, or administration of the National Forest System.

36 C.F.R. 261.3(a)

TIMOTHY VERHEY
United States Attorney

Date: March 11, 2026

THEODORE J. GREELEY
Assistant United States Attorney